**Lane M. Nussbaum, SBN 264200**
**NUSSBAUM APC**
27489 AGOURA ROAD, STE 102
AGOURA HILLS, CALIFORNIA 91301
Tel. (818) 660-1919  Fax. (818) 864-3241

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE:<br><br>JUAN RODRIGUEZ and JUANA RODRIGUEZ | Case No.: 6:20-bk-17117 SC<br><br>**STIPULATION FOR ORDER RE: CONFIRMING THE STAY IS NOT IN EFFECT WITH REGARDS TO SUBJECT PROPERTY**<br><br>[No Hearing] |

This Stipulation is entered into by and between Debtor's attorney, Michael Colmenares and Lane Nussbaum attorney for Plaintiff in an unlawful detainer matter (collectively "the parties"), each represent that:

**RECITALS**

1. On January 21, 2020, an unlawful detainer action was filed in the Los Angeles County State court by attorney Lane Nussbaum on behalf of his client for possession of the property located at 5920 Calvin Ave., Tarzana, CA 91356, County of Los Angeles ("Subject Property"). The court assigned this matter case number 20VEUD00157 ("UD Case").

2. On October 28, 2020, debtors Juan Rodriguez and Juana Rodriguez filed the instant bankruptcy action.

3. On November 12, 2020, judgment in the UD Case was entered for possession of the Subject Property in favor of Plaintiff, Magnum Property Investments, LLC, and against Defendants Anna Karapetian and Juan Rodriguez.

4. On November 19, 2020, a Writ of Possession was sent to the Los Angeles Sheriff's Department for processing a lockout on the Subject Property.

5. On or about December 9, 2020, Defendant Juan Rodriguez used the Notice of Bankruptcy in this case to coopt Debtor's identity and prevent the execution of the judgment for possession of the property at 5920 Calvin Ave., Tarzana, CA 91356.

6. Debtor acknowledges that he has no interest or occupancy in the Subject Property at 5920 Calvin Ave., Tarzana, CA 91356, and that a third party fraudulently represented his occupancy to the Los Angeles County Sheriff.

//
//

1

**STIPULATION FOR ORDER**

The parties stipulate that the order may be entered as follows:

1. The property located at 5920 Calvin Avenue, Tarzana, CA 91356, County of Los Angeles is not part of the estate in this bankruptcy action, and there is not stay in effect relating to that property caused by this bankruptcy action.

Dated: 12/24/2020    By: _____
                          Lane Nussbaum, Attorney for UD Plaintiff

Dated: 12-24-20    By: _____
                        Michael Colmenares,
                        Attorney for Debtors

**STATEMENT OF TRUSTEE**

The Trustee has no objection or position with respect to the above stipulation or to the entry of an order thereon. The Trustee does not require a noticed hearing on this matter.

Dated: _____    By: _____
                      Charles W. Daff, Chapter 7 Trustee

####